## RECONSIDERATION DOCKET

**00–1267.   Complete Gen. Constr. Co. v. Ohio Dept. of Transp.**
Franklin App. No. 98AP–1619. Reported at 94 Ohio St.3d 54, 760 N.E.2d 364. On motion for reconsideration. Motion denied.

**01–829.   State ex rel. Akers v. Robertshaw Controls.**
Franklin App. No. 00AP–660. Reported at 94 Ohio St.3d 36, 759 N.E.2d 1254. On motion for reconsideration of Robertshaw Controls and motion to strike Robertshaw Controls' motion for reconsideration. Motion for reconsideration denied.
   COOK, J., dissents.

**01–877.   Disciplinary Counsel v. Karto.**
Reported at 94 Ohio St.3d 109, 760 N.E.2d 412. On motion for reconsideration. Motion denied.
   DOUGLAS and PFEIFER, JJ., dissent.